UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81104-ROSENBERG/REINHART

GONZALO MENDEZ,

    Plaintiff,

v.

MODEL ROW INC. & ROBERT BORN,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon Plaintiff's Motion for Attorney's Fees [DE 28] which was previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendation. On August 10, 2018, Judge Reinhart issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 33. No party has filed objections and the time period for such objections has passed. The Court has nonetheless conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reinhart's Report and Recommendation and concludes that Plaintiff's Motion should be granted in part and denied in part for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 33] is hereby **ADOPTED**;

2. Plaintiff's Motion for Attorney's Fees and Costs [DE 28] is **GRANTED IN PART AND DENIED IN PART**; and

3. Plaintiff is awarded $5,635.00 in fees and costs.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 28th day of August, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record